## E. G. TILLOTSON & CO INC v WARD

Ohio Appeals, 1st Dist, Hamilton Co

No 5385.   Decided March 28, 1938

Ratterman, Cowell & Fletcher, Cincinnati, for appellee.

Charles K. Yontz, for appellant.

### OPINION

PER CURIAM:

The lower court held the plaintiff corporation could maintain this action to collect a note due the company, notwithstanding its corporate charter had been cancelled by the Secretary of State, less than two years prior to the commencement of the action.

The judgment is affirmed on authority of Eversman v Ray Shipman Co., 115 Oh St 269, and Sweeny v Keystone Driller Co., 122 Oh St 16, and §8623-80, GC and related sections.

The judgment is affirmed.

ROSS, PJ, HAMILTON & MATTHEWS, JJ, concur.